# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mercedes Bell, | No. CV-25-01311-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Pinnacle Employment Services LLC, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Entry of Dismissal (Doc. 22),

**IT IS ORDERED** the Stipulation (Doc. 22) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees except as otherwise agreed to by the parties.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this case.

Dated this 12th day of August, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge